# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City** Andover

**County** Essex

**Related Case Information:**
- Superseding Ind./ Inf.: 
- Case No.: 
- Same Defendant: 
- New Defendant: 
- Magistrate Judge Case Number: 23-5430-JGD
- Search Warrant Case Number: 23-5375-JGD
- R 20/R 40 from District of: 

## Defendant Information:

**Defendant Name:** Rony Benito VALENCIA-LOPEZ    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** Honduras

**Address:** (City & State)

**Birth date (Yr only):** 1993   **SSN (last4#):** _____   **Sex:** M   **Race:** White   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA:** Samuel R. Feldman, Annapurna Balakrishna   **Bar Number if applicable:** 681659, 655051

**Interpreter:** ☑ Yes ☐ No   **List language and/or dialect:** Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

## Location Status:

**Arrest Date:** 09/21/2023

☑ Already in Federal Custody as of 09/21/2023 in Wyatt.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/2023    **Signature of AUSA:** _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Roni Benito VALENCIA-LOPEZ

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____